USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

PARTIAL STIPULATION OF
VOLUNTARY DISMISSAL WITH
PREJUDICE – DERIVATIVE CLAIM
ONLY

CHRISTOPHER RYAN, ET AL.,

21 MC 100(AKH)

Plaintiff(s),

05-CV-1632

- against -

A. RUSSO WRECKING, INC., ET AL.,

Defendant(s).

IT IS HEREBY STIPULATED AND AGREED by and between all parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All derivative claims by plaintiff Erin Ryan ("Derivative Plaintiff"), who is the spouse of Plaintiff Christopher Ryan ("Primary Plaintiff"), against all Defendants or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001 with respect to the loss of services of and/or consortium with Primary Plaintiff are hereby voluntarily dismissed with prejudice;

2. The stipulation does not affect in any way Primary Plaintiff's claims against Defendants;

3. If after this Stipulation is filed the Derivative Plaintiff commences an action against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA") alleging any injury, derivative or otherwise, arising out of or relating in any way to World Trade Center-related rescue,

recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA; and

    4.    The dismissal is without costs.

Dated: January 14, 2011

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP

By: _____
CHRISTOPHER R. LOPALO, ESQ.
350 Fifth Avenue, Suite, 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*

Dated: ~~January~~ March 18, 2011

SCHIFF HARDI, LLP

By: _____
~~BETH D. JACOB, ESQ.~~ Rob Rickror
SCHIFF HARDIN, LLP
900 Third Avenue
Twenty-Third Floor
New York, New York 10022
(212) 745-0835
*Attorneys for the Port Authority of New York and New Jersey*

Dated: January 31, 2011

PATTON BOGGS, LLP

By: _____
JAMES E. TYRRELL, JR., ESQ.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 848-5620
Attorneys for the City of New York
and its Contractors

So Ordered
4/7/11
[signature]